CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 3 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK ANTHONY KESTNER, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WAYNESBORO CIRCUIT COURT, ) <br> Respondent. ) | Civil Action No. 7:06-cv-00174 <br><br> **FINAL ORDER** <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 3¹/ day of March, 2006.

Senior United States District Judge